# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

DAMARIS RUIZ DE CRUZ, §
§
*Petitioner*, §
§
v. §
§
MARKWAYNE MULLIN, §
SECRETARY OF THE UNITED §
STATES DEPARTMENT OF §
HOMELAND SECURITY; TODD §
BLANCHE, ACTING ATTORNEY § No. 3:26-CV-01081-LS
GENERAL OF THE UNITED STATES; §
TODD LYONS, ACTING DIRECTOR §
OF UNITED STATES IMMIGRATION §
AND CUSTOMS ENFORCEMENT; §
JOEL GARCIA, FIELD OFFICE §
DIRECTOR FOR THE EL PASO §
IMMIGRATION AND CUSTOMS §
ENFORCEMENT OFFICE; AND §
JOHN DOE, WARDEN OF CAMP §
EAST MONTANA, ACTING IN THEIR §
OFFICIAL CAPACITIES, §
§
*Respondents*. §

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Voluntary Dismissal,[1] the Court dismisses this action with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 28, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 7.